1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SCOTT COCHRAN,<br><br>Defendant. | Case No. 24-mj-70241 NC<br><br>**DETENTION ORDER**<br><br>Hearing: 2/29/2024 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on February 29, 2024, held a hearing to determine detention or release on supervisory conditions for defendant Ryan Scott Cochran also charged as "name declined". Cochran is charged in this case by indictment from the Eastern District of New York, Case No. 24-cr-63, with felony charges of possession with intent to distribute and distribution of controlled substances; production of false identification documents; and access device fraud. ECF 1 (attaching Indictment). The accused person appeared at the hearing with his counsel Assistant Federal Public Defender Jessica Yu, with all parties appearing in person in the courtroom.

The Pretrial Services Office prepared and distributed to the parties a Pre-Bail Report

on Feb. 26, 2024. Pretrial Services provided a supplement by email on Feb. 29 (which was read into the record in open court) after receiving additional information from both parties. Ultimately, Pretrial Services recommended detention, finding that Cochran poses significant risks of both danger and non-appearance. At the hearing, all parties commented on evidence that was seized from Cochran's residence and in a separate safe deposit box pursuant to search warrants approved by this Court. The safe deposit box search was conducted after Cochran was arrested. Pretrial Services reported that as of the time of the hearing, no family members were willing to assist with bail or to allow defendant to reside with them.

      The Court considered all the release factors in 18 U.S.C. § 3142(g), including a proposal from Cochran's counsel that he reside in a San Jose SLE residence, where he could receive drug counseling. The Prosecution and Pretrial Services each recommended detention. This Order follows the recommendation of Pretrial Services, finding that the Prosecution has shown by at least a preponderance of the evidence that no combination of conditions will reasonably assure the appearance of the person accused; and by clear and convincing evidence that Cochran's release would pose danger to the safety of any other person and the community. The central proffer underlying the Court's detention decision is Cochran's criminal record (2 felony drug possession for distribution convictions in the last decade); and allegations and evidence (from the search warrants) of his use of false identification documents, especially his possession of a counterfeit passport using another name. The community danger of release comes from the further distribution of deadly controlled substances. Additionally, Cochran appears to have the means and method to flee supervision. No family members or friends have yet volunteered to secure Cochran's release. Consequently, the Court orders the defendant Ryan Scott Cochran to be detained. He is next ordered to appear before the District Court in EDNY in custody.

      The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The

defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

   Nothing in this Order should be construed as modifying or limiting the defendant's presumption of innocence.  18 U.S.C. § 3142(j).

IT IS SO ORDERED.

Date: March 1, 2024   _____
Nathanael M. Cousins
United States Magistrate Judge